UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DON E. DENNIS**                                                                          **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO. 4:04CV247-P-B**

**MIKE JOHANNS, SECRETARY, UNITED
STATES DEPARTMENT OF AGRICULTURE**              **DEFENDANT**

## ORDER OF DISMISSAL

This cause came on for hearing on the Motion of Defendant Mike Johanns, Secretary, United States Department of Agriculture, by and through the United States Attorney's Office for the Northern District of Mississippi, and the Court having carefully considered same, said Motion should be granted for the reasons articulated in the government's motion and supporting brief.

It is, therefore, Ordered and Adjudged that this cause of action is hereby dismissed with all costs to be assessed against the Plaintiff.

SO ORDERED, this the 8th day of August, 2005.

                                                   /s/ W. Allen Pepper, Jr.
                                                   W. ALLEN PEPPER, JR.
                                                   UNITED STATES DISTRICT JUDGE